Patricia FOXWORTH, as Administra-
trix of the Estate of Christopher Allen
DURDEN, deceased, Plaintiff–Appel-
lant,

v.

KIA MOTORS CORPORATION, Emer-
ald Auto Sales, Kia Motors America,
Inc., Defendants–Appellees.

Debra Woodward, As Administratrix
of the Estate of Justin Vallieres,
deceased, Plaintiff–Appellant,

v.

Kia Motors Corporation, Emerald Auto
Sales, Inc., Kia Motors America,
Inc., Defendants–Appellees.

Nos. 05–11981, 05–12861
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 3, 2005.

Benjamin E. Baker, Beasley, Allen,
Crow, Methvin, Portis & Miles, PC, Mont-
gomery, AL, for Appellant.

Michael B. King, Lane Powell PC, Se-
attle, WA, Larry M. Roth, Roth, Powell &
Pearson, LLP, Winter Park, FL, for Ap-
pellee.

Before HULL, WILSON and FAY, Circuit Judges.

PER CURIAM:

Appellants challenge, in these consolidated appeals, the summary judgment granted in favor of the appellees and the injunction preventing appellants from pursuing these actions in the courts of Alabama. These rulings are affirmed for the reasons set forth in the ORDERS of the United States District Court dated March 30, 2005 and May 5, 2005.

AFFIRMED.